GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for REYNALDO FUENTES-ORTIZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 2:07-CR-297-EJG |
| Plaintiff, ) | STIPULATION AND ORDER |
| vs. ) | TO CONTINUE JUDGMENT AND SENTENCING DATE |
| JUAN ROBLES HERNANDEZ and REYNALDO FUENTES-ORTIZ, ) | |
| Defendants. ) | |

    Defendants, through counsel, and the United States of America, through Assistant United States Attorney Kyle F. Reardon, agree that the Judgment and Sentence Hearing set for October 12, 2007, at 10:00 a.m., be continued to November 2, 2007, at 10:00 a.m., before the Honorable Edward J. García.

    United States Probation Officer Linda O. Dillon has been advised of the proposed change of date and has no objection.

                                          Respectfully submitted,

DATED: October 4, 2007          /s/ Gilbert A. Roque
                                          GILBERT A. ROQUE, Attorney for
                                          REYNALDO FUENTES-ORTIZ, Defendant

DATED: October 4, 2007          /s/ Linda C. Harter
                                          LINDA C. HARTER, Attorney for
                                          JUAN ROBLES HERNANDEZ, Defendant

| | | |
|---|---|---|
| DATED: October 4, 2007 | /s/ Kyle F. Rreardon | |
| | KYLE F. REARDON | |
| | Assistant United States Attorney | |

**IT IS SO ORDERED.**

DATED: __10/4/07          /s/Edward J. Garcia
                          HONORABLE EDWARD J. GARCIA
                          United States District Judge